IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POLISHED.com, INC., *et al.*,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-10353(TMH)<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in<br>his capacity as the Chapter 7 Trustee of<br>POLISHED,com, INC., *et al.*,<br><br>　　　　　　　　Plaintiff,<br>　　　　v.<br><br>People Center,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 26-50177(TMH) |

**CERTIFICATE OF SERVICE**

I, John D. McLaughlin, Jr., certify that I am, and at all times during the service of process was, not less than 18 years of age, and not a party to the matter concerning which service of process was made.  I further certify that the service of: ***(i) Trustee's Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550, (ii) Summons and Notice of Pretrial Conference in an Adversary Proceeding, and (iii) Notice of Dispute Resolution Alternatives***, was made on the 27th day of April, 2026:

> X　　**Mail Service:  Certified Mail, return receipt, and regular, first-class, United States mail, postage fully pre-paid, addressed to:**
>
> People Center
> Attn:  Officer, Director, or Authorized Agent
> 430 California Street
> 11th Floor
> San Francisco, CA  94105

Under penalty of perjury, I declare that the foregoing is true and correct.

CIARDI CIARDI & ASTIN

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr.
DE Bar ID No. 4123
1204 N. King Street
Wilmington, DE  19801
jmclaughlin@ciardilaw.com